```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GABRIEL CHALEPLIS, et al.,      :    CIVIL ACTION
                                :    NO. 21-1492
        Plaintiffs,             :
                                :
   v.                           :
                                :
MICHAEL KARLOUTSOS, et al.,     :
                                :
        Defendants.             :
```

### ORDER

**AND NOW**, this **27th** day of **June, 2022**, upon consideration of Defendants' pending motions (ECF Nos. 60, 62, 66, 67), and all responses thereto, and after a hearing on the record, it is hereby **ORDERED** as follows:

1. The Karloutsos Defendants' Motion for Release of Escrowed Funds (ECF No. 60) is **GRANTED in part and DENIED in part**. Pursuant to that motion, $318,000 shall remain in escrow and any funds exceeding that amount shall be released.

2. The Karloutsos Defendants' Motion to Strike and Dismiss (ECF No. 62) is **GRANTED in part and DENIED in part**. Pursuant to that motion, language from paragraphs 32 and 73 of the Amended Complaint is **STRICKEN** as specifically set forth on pages 17 and 18 of the Court's accompanying memorandum. The motion's requests that the Court dismiss Plaintiffs' fraud

      claim and strike Plaintiffs' requests for a alter ego liability and a constructive trust are **DENIED**.

3. The Rodgers Defendants' Motion to Dismiss and to Strike (ECF No. 66) is **DENIED**.

4. The Karloutsos Defendants' Motion to Quash Plaintiffs' Subpoena (ECF No. 67) is **GRANTED in part and DENIED in part**. Pursuant to that motion, Plaintiffs' subpoena dated March 8, 2022 and issued to Wells Fargo Bank is **QUASHED without prejudice**. The Karloutsos Defendants' request for a protective order is **DENIED**.

5. The parties shall confer and submit an updated joint report pursuant to Federal Rule of Civil Procedure 26(f). The instructions for preparing the joint report are available on Judge Robreno's website and must be followed. <u>See</u> http://www.paed.uscourts.gov/judges-info/senior-judges/eduardo-c-robreno. The joint report should be emailed to robrenocorrespondence@paed.uscourts.gov by **July 7, 2022**.

      **AND IT IS SO ORDERED.**

                               *Eduardo C. Robreno*
                        **EDUARDO C. ROBRENO, J.**